# Maund v. Kirkland.

Appeal from Henry Circuit Court.

Tried before Hon. J. R. Tyson.

Espy & Farmer for appellant.

W. W. Sanders, contra.

This was a statutory action of ejectment, brought by the appellee against the appellant. The judgment was

for the plaintiff, from which the defendant appealed. Judgment affirmed.

Opinion by HEAD, J.